IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MARQUIS B. WEST,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. MAGRUDER;<br>DEANA S. JOHNSON;<br>THURBERT E. BAKER;<br>KATHLEEN PACIOUS;<br>and DEVON ORLAND,<br><br>Defendants. | CIVIL ACTION NO.: CV614-055 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff contends that his course of treatment for alleged mental health issues is hazardous to his health and has placed him at risk of serious physical injury. Even accepting this contention as true, Plaintiff fails to show that he was in imminent danger of serious physical injury at the time he filed his Complaint on June 3, 2014. Additionally, even if Plaintiff's allegations met the imminent danger exception to allow him to proceed with this cause of action without paying his requisite filing fee, Plaintiff fails to show how the named Defendants acted in any way to cause this imminent danger.

Plaintiff's Objections are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Motion for Temporary Restraining Order is **DENIED**. Plaintiff's Complaint is **DISMISSED**, without prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 26 day of August, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA